IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

INFORMATION LEASING CORPORATION,

        Plaintiff,                                ORDER ISSUING CITATION
v.                                                     TO DISCOVER ASSETS

SYSTEMATIC MACHINING, INC. and                   10-mc-8-slc
DIANNE MARKOVICH,

        Defendants.

---

On September 10, 2010, plaintiff filed a Motion for Issuance of Citation to Discover Assets, seeking financial information in an attempt to satisfy a $327,648 judgment in favor of plaintiff against defendants, entered on January 12, 2006 in the United States Court for the Eastern District of Wisconsin, Case No. 03-C-1460. Defendants did not respond to the instant motion, which appears well founded.

Therefore, pursuant to F.R. Civ. Pro. 69(a)(2), it is ORDERED that:

(1) Defendants Systematic Machining, Inc. ("Systematic") thorough its corporate designee, Dianne Markovich, individually, ("Markovich") shall appear before Magistrate Judge Stephen L. Crocker on December 15, 2010 at 1:00 p.m., in Courtroom 460, to answer under oath questions concerning your corporate and individual assets.

(2) In an envelope marked "confidential pursuant to court order," Systematic and Markovich (collectively below "you" or "your") shall produce to plaintiff's counsel and this court on or before December 1, 2010, original or copies of these documents and information pertaining to her real and personal property:

> 1. All records of all bank accounts and money market accounts of every kind in which you have any ownership or any interest of any kind, including checking accounts, savings accounts, trust accounts and certificates of deposit for the last 5 years, specifically including bank statements and canceled checks.

2. All records of all real estate owned by you or in which you have or claim any interest of any kind, or had an interest during the last 5 years.

3. All records of all trusts in which you have or claim any interest, either as trustee or beneficiary or remainderman or otherwise, including irrevocable trusts, totten trusts, trust accounts and land trusts, or had an interest during the last 5 years.

4. All stocks and bonds owned by you or in which you have or claim any interest, including common stocks, preferred stocks, corporate bonds, municipal bonds, treasury notes, savings bonds, treasury bills, treasury bonds, stock warrants, debentures, and mutual funds, or had an interest during the last 5 years.

5. All records of your accounts receivable for the last 5 years.

6. All records of money and other assets which are owed to you.

7. All records of vehicles owned by you or in which you have or claim any interest, including cars, automobiles, trucks, tractors and other motor vehicles of any kind, or had an interest during the last 5 years.

8. All records of personal property, including financial instruments or accounts owned by you or in which you claim any interest of any kind, or had an interest during the last 5 years.

9. All records of any and all other assets of any kind owned by you or in which you claim an interest of any kind, or had an interest during the last 5 years.

10. Your Federal Income Tax Returns for the last 5 years.

11. Your financial statements for the last 5 years.

12. A list of all of your assets of whatsoever kind, nature and description.

13. Any and all insurance policies which insure any of your real or personal property from any perils of loss, whether from theft, fire, mysterious disappearance or otherwise.

14. Any and all documents pertaining to loans made in the last 5 years to you or secured by real or personal property owned by you.

15. Any and all records pertaining to securities or futures or commodities instruments or accounts in which you have an interest, or had an interest during the last 5 years.

(3) Dianne Markovich is HEREBY ENJOINED AND RESTRAINED from making any transfer or other disposition of income, property or any other assets, not exempt by law from execution, and from any interference therewith.

Entered this 13th day of October, 2010.

BY THE COURT:

*/s/ William Conley*

_____
WILLIAM M. CONLEY
District Judge